**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Donald Eugene SMILEY,
Defendant–Appellant.**

No. 03–6344.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 24, 2003.

Donald Eugene Smiley, Appellant Pro Se. James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald Eugene Smiley seeks to appeal the district court's order dismissing with-

out prejudice his motion filed under 28 U.S.C. § 2255 (2000) because the direct appeal of his conviction was still pending. An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2255 motion solely on procedural grounds, a certificate of appealability will not issue unless the movant can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee*, 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied*, 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Smiley has not made the requisite showing. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003).

Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Smiley's motion to consolidate this appeal with the appeal pending in his criminal case, No. 02–4464. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*